# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Kathy Pritchard, | |
| Plaintiff, | Case No. 2:10-cv-882 |
| v. | |
| Omni Credit Services, Inc., | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Timothy J. Sostrin
  Timothy J. Sostrin
  233 S. Wacker Drive, Suite 5150
  Chicago, IL 60606
  Telephone: 866.339.1156
  Fax: 312.822.1064
  Email: tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2011, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

Omni Credit Services, Inc.
c/o Gregory J. Straub, Registered Agent
333 Bishops Way
Brookfield, WI 53005

/s/ Timothy J. Sostrin